UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HOME DEPOT USA, INC.,<br><br>              Plaintiff,<br>     v.<br><br>THE UNITED STATES, et al.,<br><br>              Defendant. | Court No. 22-00014 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to a three-judge panel consisting of Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves and Judge M. Miller Baker.

                                                                        /s/ Mark A. Barnett
                                                                           Mark A. Barnett
                                                                            Chief Judge

DATED: February 2, 2022