## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HOME DEPOT USA, INC., <br><br>        Plaintiff, <br><br>v. <br><br>THE UNITED STATES; JOSEPH R. BIDEN, JR., in his official capacity as PRESIDENT OF THE UNITED STATES; UNITED STATES CUSTOMS AND BORDER PROTECTION; CHRISTOPHER MAGNUS in his official capacity as COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES DEPARTMENT OF COMMERCE; and GINA M. RAIMONDO in her official capacity as SECRETARY OF COMMERCE, <br><br>        Defendants. | **Before: Timothy Stanceu, Jennifer Choe-Groves and M. Miller Baker, Judges** <br><br> **Court No. 22-00014** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Home Depot USA, Inc., in accordance with U.S. Court of International Trade Rule 41(a)(1), notifies the Court and Defendants that Plaintiff hereby voluntarily dismisses this case without prejudice.

          Respectfully submitted,

          /s/ Wm. Randolph Rucker
          Wm. Randolph Rucker
          FAEGRE DRINKER BIDDLE & REATH LLP
          320 S. Canal Street, Suite 3300
          Chicago, IL 60606
          Telephone: (312) 569-1000

January 10, 2024           *Counsel to Plaintiff*

Order of Dismissal

    This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed without prejudice.

Dated: _____      Clerk, U.S. Court of International Trade

By: _____
               Deputy Clerk

## CERTIFICATE OF SERVICE

William R. Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on January 10, 2024 on behalf of the Plaintiff herein, he served the attached Notice of Voluntary Dismissal on:

>Joshua E. Kurland
>U.S. Department of Justice
>Civil Division
>Commercial Litigation Branch
>P.O. Box 480, Ben Franklin Station
>Washington, DC 20044

the attorney for the Defendants herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ William R. Rucker